No. 11–7748. HICKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7749. HOUFF v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 11–7751. FLORES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7752. HOCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7753. GASAWAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–7757. CAPSHAW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7759. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7761. JENNINGS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7762. LANGFORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7764. HERNANDEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7769. KING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7772. SERRANO DOMENECH v. UNITED STATES; and
No. 11–7773. SERRANO DOMENECH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 430 Fed. Appx. 392.

No. 11–7779. SCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

